No. 158.  J. E. Haddock, Ltd. et al. *v.* Pillsbury, Deputy Commissioner, et al.  October 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Frank J. Creede* for peti-

720

tioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for respondents.

